ENTERED
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 2 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GOMEZ-CASTANEDA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 09-1688 RNB<br><br>**J U D G M E N T** |

　　　In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: June 25, 2010

　　　　　　　　　　　　　　　　　　/s/ Robert N. Block
　　　　　　　　　　　　　　　　　　ROBERT N. BLOCK
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE