UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 09-1688 RNB**            Date: **October 22, 2010**

Title: **Mario Gomez-Castaneda v. Michael J. Astrue**
==============================================================
**DOCKET ENTRY**
==============================================================
PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
None Present                                               None Present

**PROCEEDINGS:  (IN CHAMBERS)**

**Stipulation for Award of EAJA Fees**

    In view of the Government's advisement that it is not asserting the limitations defense in this particular case, the Court has decided to approve the parties' Stipulation for an award of EAJA fees, costs, and expenses in the amount of $2,700.00 (subject to the terms and conditions of the Stipulation).
    IT IS SO ORDERED.

MINUTES FORM 11                                                         Initials of Deputy Clerk     klh
CIVIL-GEN